Entered on Docket March 4, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Timothy W Dore
Chapter 7
Hearing Location: Seattle
Hearing Date: March 6, 2015
Hearing Time: 9:30 a.m.
Response Date: February 27, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

JAMES RENARD GORE

DEBTOR.

**CHAPTER 7 BANKRUPTCY**

**NO.: 14-19181-TWD**

**ORDER AUTHORIZING ENTRY INTO LOAN MODIFICATION AGREEMENT** ~~**BY BAYVIEW LOAN SERVICING, LLC**~~

THIS matter having come before the Court upon the Creditor's Motion to Authorize Entry into Loan Modification Agreement and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised the premises, it is therefore ORDERED, ADJUDGED, and DECREED as follows:

Order Authorizing Entry Into
Loan Modification Agreement
Page - 1

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

attached to the Motion [Docket No. 14]
1. The Loan Modification Agreement ~~with Bayview Loan Servicing, LLC~~ is authorized.

2. Debtor may sign or otherwise executed any and all documents related to consummation of the proffered loan modification.

/ / / End of Order / / /

Presented By:

/s/ John McIntosh
John McIntosh, WSBA# 43113
Attorney for Creditor

Order Authorizing Entry Into
Loan Modification Agreement
Page - 2

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

Case 14-19181-TWD    Doc 20    Filed 03/04/15    Ent. 03/04/15 12:54:44    Pg. 2 of 2